```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
       v.                        )    No. 4:05 CR 237 CAS
                                 )                    DDN
IVAN EXCEL MASON,                )
                                 )
            Defendant.           )
```

## ORDER AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This action is before the Court upon the pretrial motions of the parties which were referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was scheduled for May 31, 2005.

On May 31, 2005, defendant Ivan Excel Mason appeared in open court, with counsel, and advised the undersigned that he had decided not to raise any issues by way of pretrial motions. He thereupon waived his rights to file pretrial motions and to have a pretrial hearing.

Whereupon,

**IT IS HEREBY ORDERED** that the motions of defendant for additional time to file pretrial motions (Doc. 20), and for discovery and disclosure (Doc. 22) are denied as moot.

**IT IS FURTHER ORDERED** that the motion of the government to dismiss the pretrial motions of defendant without an evidentiary hearing (Doc. 26) is denied as moot.

**IT IS HEREBY RECOMMENDED** that the motions of defendant to suppress physical evidence (Doc. 23) and to suppress statements (Doc. 24) be denied as moot.

The parties are advised they have ten (10) days to file written objections to this Order and Recommendation. The failure to file objections may result in a waiver of the right to appeal issues of fact.

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on May 31, 2005.